[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JUNE 8, 2007
THOMAS K. KAHN
CLERK

No. 06-15374
Non-Argument Calendar

_____

D. C. Docket No. 06-80007-TP-DMM

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JEFFREY PAT GADSON,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

**(June 8, 2007)**

Before WILSON, PRYOR and COX, Circuit Judges

PER CURIAM:

Alvin E. Entin, appointed counsel for Jeffrey Gadson, has filed a motion to

withdraw on appeal, supported by a brief prepared pursuant to Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issue of merit, counsel's motion to withdraw is **GRANTED**, and Gadson's revocation of supervise release and sentence is **AFFIRMED**.